Filed:   September 12,  2023

VERMONT SUPREME COURT
109 State Street
Montpelier  VT  05609-0801
802-828-4774
www.vermontjudiciary.org



Case No.        23-AP-276

## ENTRY ORDER

SEPTEMBER TERM,  2023

Richard Moreno* & Brian Lyttle* v. Town of  Proctor

}
}
}
}

APPEALED  FROM:

Property Valuation and Review
CASE NO.  2022-6

In the above-entitled cause, the Clerk will enter:

This appeal is dismissed as untimely filed. A notice of appeal must be filed within thirty days of the date of the entry of judgment or order appealed from. V.R.A.P. 4(a). If a notice of appeal is mistakenly filed with the Supreme Court, the notice is considered filed on that date. V.R.A.P. 4(a)(5). The Division of Property Valuation and Review issued a decision on July 5, 2023. The decision notified taxpayer that an appeal must be filed within 30 days by filing a written notice of appeal with the Clerk of the Department of Taxes. The notice was not filed with the Department of Taxes and this Court received a notice of appeal on August 8, 2023, more than 30 days after the decision.  The appeal is therefore dismissed for lack of jurisdiction.

BY THE COURT:

Paul L. Reiber, Chief Justice

Harold E. Eaton, Jr., Associate Justice

Karen R. Carroll, Associate Justice

William D. Cohen, Associate Justice

Nancy J. Waples, Associate Justice